■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HILL, Appellant. [886 NYS2d 63]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered April 26, 2006. The judgment convicted defendant, upon a jury verdict, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Centra, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SHYTRECE TAMIKA BANKS, Respondent. [885 NYS2d 701]—Appeal from an order of the Monroe County Court (John R. Schwartz, A.J.), dated April 2, 2008. The order reduced the sole count in the indictment charging defendant with criminal possession of stolen property in the fourth degree to criminal possession of stolen property in the fifth degree.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on May 7 and 18, 2009 and by defendant on May 18, 2009,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Hurlbutt, J.P., Martoche, Centra, Green and Gorski, JJ.